# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY LYNN ROBINSON, <br><br> Plaintiff, <br><br> v. <br><br> SHERWIN WILLIAMS CO., et al., <br><br> Defendants. | Case No.: 1:20-cv-00112-DAD-JLT <br><br> ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HIS PRACTICE IN THIS COURT WITHOUT SEEKING ADMISSION |

This action was removed to the Central District of California on January 15, 2020. (Doc. 1.) The case was transferred to this court on January 22, 2020. (Doc. 12.) The same day, the Clerk of the Court issued a notice directing Plaintiff's counsel, Mitchell Phillip Beck, to submit a petition to practice in the Eastern District of California. (Doc. 13.) To date, Mr. Beck has not been admitted to practice in the District, yet remains counsel of record for Plaintiff.

Therefore, the Court **ORDERS**: **No later than April 8, 2020**, Mitchell Phillip Beck **SHALL** show cause in writing why sanctions should not be imposed for his acts in practicing in this court without being admitted. In the alternative, Mr. Beck may seek admission to this Court.

IT IS SO ORDERED.

Dated: **March 27, 2020**                **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE