# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY LYNN ROBINSON,<br><br>    Plaintiff,<br><br>  v.<br><br>SHERWIN WILLIAMS CO., et al.,<br><br>    Defendants. | Case No.: 1:20-cv-00112-DAD-JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE TO COUNSEL MITCHELL PHILLIP BECK |

The Court ordered Plaintiff's counsel Mitchell Phillip Beck to show cause in writing why sanctions should not be imposed for his failure to seek admission in this Court. (Doc. 16.) The Court's records indicate that on April 7, 2020, a notice of disassociation of the Law Offices of Larry H. Parker and Mitchell Beck was filed (Doc. 19), and Stacy Cutting of Bish Law filed a declaration and notice of appearance on behalf of Plaintiff (Docs. 17, 18). Accordingly, the order to show cause dated March 30, 2020 (Doc. 16) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __April 15, 2020__              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE