

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

CASEY LYNN ROBINSON,

        Plaintiff(s),

v.

KRISTIAN XAVIER TREVINO, SHERWIN-WILLIAMS, AND DOES 1 TO 100, INCLUSIVE,

        Defendant(s).

Case No. 1:20-CV-00112-DAD-JLT

    I, <u>Clifford S. Mendelsohn</u>, attorney for <u>The Sherwin-Williams Company</u>, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Tucker Ellis LLP |
| Address: | 950 Main Ave., Suite 1100 |
| City: | Cleveland |
| State: | Ohio     ZIP Code: 44113 |
| Voice Phone: | (216) 696-3921 |
| FAX Phone: | (216) 592-5009 |
| Internet E-mail: | clifford.mendelsohn@tuckerellis.com |
| Additional E-mail: | |
| I reside in City: | Shaker Heights     State: Ohio |

I was admitted to practice in the <u>State of Ohio</u> (court) on <u>November 13, 2001</u> (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Avril Love |
| Firm Name: | Tucker Ellis LLP |
| Address: | 515 South Flower Street, 42nd Floor |
| City: | Los Angeles |
| State: | California     ZIP Code: 90071 |
| Voice Phone: | (213) 430-3306 |
| FAX Phone: | (213) 430-3409 |
| E-mail: | avril.love@tuckerellis.com |

Dated: <u>February 22, 2021</u>   Name: */s/ Clifford S. Mendelsohn*
                               Attorney for Defendants THE SHERWIN-WILLIAMS COMPANY and KRISTIAN XAVIER TREVINO (*Pro Hac Vice to be filed*)

**ORDER**

IT IS SO ORDERED.

Dated: __**February 22, 2021**__    _____**/s/ Jennifer L. Thurston**_____
                                                                 UNITED STATES MAGISTRATE JUDGE