**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY LYNN ROBINSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHERWIN WILLIAMS CO., et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-cv-00112-DAD-JLT<br><br>ORDER AFTER INFORMAL TELECONFERENCE RE DISCOVERY DISPUTE GRANTING REQUEST TO FILE MOTIONS RELATE TO THE DEFENSE DISCLOSURE OF EXPERT WITNESSES<br><br>(Doc. 28) |

　　The parties disagree whether the defense was obligated to produce expert reports at the time of the initial expert disclosure or whether the rebuttal nature of the opinions allows the disclosure to occur by the deadline set for that purpose by the Court. The parties also disagree as to whether the request for the plaintiff to submit to a medical examination was timely.

　　At the informal teleconference, the parties continued to disagree, and the Court could not obtain a clear picture of the events that would allow it to give guidance. However, the Court was clear that the prejudice that would be imposed if the defense is allowed to conduct the medical examination and make the disclosure, appeared to be minimal, if it existed at all.

///

///

///

1

Thus, though the Court will **GRANT** the request for either party to file appropriate motions on this topic, it strongly urges counsel to attempt to work the situation out without need for motion work.

IT IS SO ORDERED.

Dated: **February 22, 2021**                    **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE