# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY LYNN ROBINSON,<br><br>        Plaintiff,<br><br>   v.<br><br>SHERWIN WILLIAMS CO., et al.,<br><br>        Defendants. | Case No.: 1:20-cv-00112-DAD-JLT<br><br>ORDER AFTER INFORMAL TELECONFERENCE RE DISCOVERY DISPUTE AS TO THE FED.R.CIV.P. 30(B)(6) DEPOSITION<br><br>(Doc. |

Initially, the parties disagreed as to the topics upon which the plaintiff could examine the entity at deposition. At the informal conference (Doc. 44), counsel determined that there was no need to take this deposition and the plaintiff withdrew the deposition request. Thus, the matter is resolved without need for any motion practice.

IT IS SO ORDERED.

Dated: **May 19, 2021**           **/s/ Jennifer L. Thurston**
                                           CHIEF UNITED STATES MAGISTRATE JUDGE