UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY LYNN ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>SHERWIN WILLIAMS CO., et al.,<br><br>Defendants. | No.  1:20-cv-00112-DAD-BAK (EPG)<br><br>ORDER SETTING DISCOVERY DEADLINES AND DATES FOR THE FINAL PRETRIAL CONFERENCE AND JURY TRIAL |

This matter came before the court on May 11, 2022 for a status conference to address resetting the discovery deadlines and dates for the final pretrial conference and jury trial in this case. As discussed with the parties at that status conference, the court adopts the discovery deadlines that the parties proposed in their joint status conference statement (Doc. No. 71) and hereby sets the following dates:

- Fact discovery cut-off:  October 10, 2022
- Defendants' supplemental expert medical exam[1]:  November 8–29, 2022
- Plaintiff's supplemental expert disclosure:  November 8, 2022

---

[1] The court does not adopt plaintiff's request that defendants' supplemental expert medical exam of plaintiff be limited to an examination by defendant's expert, Dr. Gantwerker.  Defendants may elect which of their previously disclosed medical experts examines plaintiff.  This determination is made without prejudice to plaintiff raising any other objections to defendants' supplemental expert medical exam that may be appropriate.

1

1     •     Defendants' supplemental rebuttal disclosures:  December 22, 2022

2     •     Expert discovery cut-off:  January 31, 2023

3     •     Final Pretrial Conference:  March 27, 2023 at 1:30 p.m.

4     •     Jury Trial:  June 20, 2023 at 8:30 a.m.

At the status conference, the parties advised the court that they do not anticipate filing any dispositive motions in this case.  Based upon that advisement, the court does not set a deadline for filing dispositive motions in this scheduling order.  The court is not reopening substantive law and motion at this time.  This determination is without prejudice to the either party requesting relief to reopen law and motion for the purpose of filing a dispositive motion based upon the additional expert discovery conducted in this case and for good cause, if necessary.

IT IS SO ORDERED.

Dated:    **May 13, 2022**           _____
                                                        UNITED STATES DISTRICT JUDGE