UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY LYNN ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KRISTIAN XAVIER TREVINO, *et al.*<br><br>　　　　Defendants. | Case No. 1:20-cv-00112-ADA-CDB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO COMPLY<br><br><u>TWO-DAY DEADLINE</u> |

　　　　On October 15, 2019, Plaintiff initiated this action against Defendant in the Superior Court of California, County of Kern. (Doc. 1). On January 15, 2020, Defendant removed this action to this Court. *Id*. On May 25, 2023, the parties filed a notice of settlement. (Doc. 83). On June 22, 2023, the Court issued an order directing the parties to file dispositional documents no later than July 7, 2023. (Doc. 84). As of the date of this Order, the parties have failed to file dispositional documents or any alternative filing seeking an extension of the time set by the Court to file dispositional documents, and the time to do so has passed.

　　　　Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that within two days of entry of this order, the parties shall show cause in writing why sanctions, including monetary sanctions or dismissal, should not be imposed for their failure to timely file dispositional documents pursuant to Local Rule 160(b).

Failure to comply with this order will result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **July 13, 2023**

UNITED STATES MAGISTRATE JUDGE